Division, First Department. May 19, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Eva FRIEDEL, Applt., v. GREAT EASTERN CASUALTY CO., Respt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Edward FRIEDMAN v. Julius BLAUNER et al. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application granted. Order signed.

Sol FRIEDMAN v. Said Georges JARR, impleaded, etc. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed.

Patrick GALLAGHER v. ANCIENT ORDER OF HIBERNIANS et al. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal denied. Order filed.

Margaret GALVIN, as administratrix, etc., of William Galvin, deceased, appellant, v. FEDERAL SUGAR REFINING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Order unanimously affirmed, with costs. No opinion.

Jacob GARDULA, and one, applts., v. Wojciecj ZENGER and one, respts. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Order affirmed with $10 costs and disbursements. All concur.

Belton GARLOCK, as admr., etc., respt., v. Elizabeth J. HUBBELL, and Nelson E. Hubbell, applts. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgment and order reversed as to the defendant, Elizabeth J. Hubbell, and complaint dismissed as to her, with costs in this court and in the trial court. Judgment and order affirmed, with costs as to the defendant, Nelson E. Hubbell. Held, that the evidence was insufficient to justify the submission to the jury of the liability of defendant, Elizabeth J. Hubbell, for the death of the decedent, and the motion for the direction of a verdict in her favor should have been granted. All concur.

John M. GARRATT, applt., v. Robert J. COLLIER et al., respts. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Order affirmed with $10 costs and disbursements. All concur.

Stephen F. GAULIN, as admr., etc., respt., v. Frank NOSCHANG, as President of Journeymen Barbers' International Union of America, etc., applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment and order affirmed with costs. All concur.

James F. GAVIN, a taxpayer of the county of Rensselaer, applt., v. BOARD OF SUPERVISORS OF RENSSELAER COUNTY, the County of Rensselaer, Henry W. Snell, Sheriff of Rensselaer County, and John L. Bame as Treasurer of Rensselaer County, respts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment (93 Misc. Rep. 264, 157 N. Y. Supp. 973) affirmed with costs and disbursements, on the opinion of Chester, J., at Trial Term. All concur, except Cochrane, J., dissenting.

In the Matter of the Judicial Settlement of the Accounts of William T. GAYNOR and Mary R. Bangs, as execr., etc., of Edward Gaynor, deceased. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed unless appellant is ready for argument by May 12th.

In the Matter of the Judicial Settlement of the Accounts of William T. GAYNOR, as administrator, etc., of Katherine C. Gaynor, deceased. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed unless appellant is ready for argument by May 12th.

In the Matter of the Judicial Settlement of the Accounts of William T. GAYNOR and one, as execrs., etc., of the will of Edward Gaynor, deceased. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Order reversed without costs. See Matter of Dunn, 164 App. Div. 134, 149 N. Y. Supp. 530. All concur.

In the Matter of the Judicial Settlement of the Accounts of William T. GAYNOR, as admr., etc., of Katherine C. Gaynor, deceased. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Order reversed without costs. See Matter of Dunn, 164 App. Div. 134, 149 N. Y. Supp. 530. All concur.

Severe GENDREAU, plff., v. The RELIABLE FURNITURE AND CARPET CO., deft. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concur.

Sam GENOVA, respondent, v. TRANSIT DEVELOPMENT COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

In the matter of the claims of Nora GIBBONS, and others, for compensation, etc., for the death of Patrick Gibbons, under the Workmen's Compensation Law, respts., v. TAGER & CO., Inc., employer, and Fidelity & Deposit Company of Maryland, insurance carrier, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Award unanimously affirmed.